# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1332
Lower Tribunal No. 2015-CF-001368-O

_____

CHARLES JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Emerson R. Thompson, Jr., Judge.

August 13, 2024

PER CURIAM.

 AFFIRMED.

SMITH and BROWNLEE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Charles Jones, Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED